COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:                     01-18-00468-CV

Trial Court Cause
Number:                           2015-32570

Style:                            Juan Hernandez and Maria Hernandez

                                  v. Mortgage Electronic Registration Systems, Inc., Household Finance Corporation III, U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust, and Caliber Homes Loan, Inc.

Date motion filed*:               November 6, 2019

Type of motion:                   Appellants' Motion to Stay or Abate Appeal

Party filing motion:              Appellants

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐ Granted

    ☒ Denied


Judge's signature: /s/ Justice Sarah Beth Landau
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Lloyd, Goodman, and Landau

Date: January 14, 2020